UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GILLIAN LAMBEY, | |
| Plaintiff(s), | 2:07-cv-1268-RLH-PAL |
| vs. | **O R D E R** |
| STATE OF NEVADA, *ex rel.*, DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendant(s). | |

      Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#58, filed January 21, 2010), entered by the Honorable Peggy A. Leen, regarding Plaintiff's counsel, Charmaine Clark's failure to respond or appear pursuant to the Court's Order to Show Cause (#50). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

      IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#58, entered January 21, 2010) is ACCEPTED and ADOPTED, and that Charmaine Clark's privilege to practice law in federal district court in the District of Nevada is

1 | hereby revoked due to her repeated failure to comply with court orders, respond to court orders to
2 | show cause, respond to various pretrial motions, engage in the discovery process, and appear for
3 | court when required.
4 |     IT IS FURTHER ORDERED that a copy of Judge Leen's Report of Findings and
5 | Recommendation, together with a copy of this Order, be sent forthwith to the State Bar of Nevada,
6 | and to all federal judges within the District of Nevada.
7 |     Dated:   February 10, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2